UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DONALD KELSO, | No. 2:13-cv-0504 AC P |
| Plaintiff, | |
| v. | ORDER |
| WENDY GETTY, et al., | |
| Defendants. | |

Before the Court is the referral notice, dated December 17, 2013, that seeks a determination whether plaintiff's in forma pauperis status should be continued on appeal or whether the Court finds the appeal to be frivolous. ECF No. 22.

I. <u>Background</u>

Plaintiff is a civilly committed mentally disordered offender (MDO) currently confined at Patton State Hospital, proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. By order of September 6, 2013 plaintiff's first amended complaint was dismissed with leave to amend only with respect to an access to courts claim and/or a conditions of confinement claim under the Fourteenth Amendment. <u>See</u> ECF No.12. Plaintiff filed a second amended complaint on September 30, 2013, ECF No. 16, which did not cure the deficiencies identified by the court's prior screening order. As a result, the second amended complaint was dismissed without leave to amend for failure to state a claim upon which relief

1 may be granted. ECF No. 18 at 3.

2 II.     Analysis

3       "An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith." 28 USCS § 1915.  As noted above, the complaint in this action failed to state any claim for relief.  Moreover, plaintiff was specifically instructed on how to cure the deficiencies in his first amended claim in order to state a claim based on his purported denial of access to the courts and his conditions of confinement.  Yet he still failed to do so.

       For these reasons, the court concludes that the appeal is legally frivolous, and it ORDERS Plaintiff's status entitling him to proceed in forma pauperis, is REVOKED.

       IT IS SO ORDERED.

DATED: December 23, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE